Filed May 11, 1886.

---

No. 12,903.

SHAFFER v. THE STATE.

INTOXICATING LIQUOR.—*Indictment.*—*Selling to Minor.*—*Averment as to Age.* -An indictment for unlawfully selling intoxicating liquor to a minor, which charges that the defendant on, etc., at, etc., did then and there unlawfully sell to J. M., " a person under the age of twenty-one years," certain liquor, sufficiently shows that J. M. was, at the time of the sale, under the age of twenty-one years.

From the Delaware Circuit Court.

*R. S. Gregory* and *A. C. Silverburg,* for appellant.

*F. T. Hord,* Attorney General, and *W. B. Hord,* for the State.

ELLIOTT, J.—The only point made in this case is that the indictment does not show that the person to whom the intoxicating liquor was sold was under the age of twenty-one years.   The averment of the indictment is: " That one William Shaffer, late of said county, on the 1st day of November, 1884, at the county and State aforesaid, did then and there unlawfully sell to John Marshall, a person under the age of twenty-one years, one pint of intoxicating liquor, to wit, beer, at and for the price of fifteen cents." In our opinion, this averment clearly shows that the person to whom the liquor was sold was at the time of the sale under the age of twenty-one years.   The construction we have placed upon the indictment is such as it would receive in jurisdictions

where the common law prevails. *State* v. *Price*, 6 Halst. (N. J.) 203; *Com.* v. *Bugbee*, 4 Gray, 206.

There can be no doubt that such an indictment as the one before us is sufficient under our liberal statute. R. S. 1881, sections 1755, 1756.

Judgment affirmed.

Filed May 13, 1886.